BERNHARD HUFNAGEL et al., Appellants, *v.* THE VILLAGE OF
MOUNT VERNON, Respondent.

(Argued May 1, 1890; decided June 3, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an order
made December 11, 1888, which affirmed a judgment in favor
of defendant entered upon a decision of the court on trial at
Special Term reversing an interlocutory judgment and sus-
taining an amended demurrer and dismissing the complaint.

*Mornay Williams* for appellants.

*Isaac N. Mills* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

JESSE JONES, Respondent, *v.* THE BROOKLYN, BATH AND
WEST END RAILROAD COMPANY, Appellant.

(Argued May 2, 1890; decided June 3, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an
order made December 24, 1888, which affirmed a judgment
in favor of plaintiff entered upon a verdict, and affirmed an
order denying a motion for a new trial.

*Nathaniel C. Moak* for appellant.

*Charles J. Patterson* for respondent.

Agree to affirm; no opinion.
All concur, except EARL, J., dissenting.
Judgment affirmed.